# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

SALVADOR CASTRO, JR., ET AL.

        Defendant.



CR NO: 1:19 MJ 00128 BAM

**UNDER SEAL**

SEALED

FILED
JUN 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Manuel Alejandro GARCIA |
| Detained at | Fresno County Jail |
| | 1225 "M" St, Fresno, CA 93712 |

Detainee is:

    a.)   ☒ charged in this district by:    ☐ Indictment ☐ Information ☒ Complaint
           charging detainee with:    Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

or  b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

    a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
           is currently being served at the detaining facility

***Appearance is necessary on June 18, 2019 at 2:00 p.m. in the Eastern District of California.***

Signature:

Printed Name & Phone No:    Justin J. Gilio

Attorney of Record for:    United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

# WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on **June 18, 2019*** for an appearance at ***2:00 p.m*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____6/17/19_____

_____
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | "MUGZY" | ☒Male | ☐Female |
| Booking or CDC #: | 7033981 (AD2739) | DOB: | 5/29/1986 |
| Facility Address: | 1225 "M" St, Fresno, CA 93712 | Race: | Hispanic |
| Facility Phone: | | FBI#: | 43650TB8 |
| Currently | | | |

---

## RETURN OF SERVICE

Executed on: _____     _____

(signature)