# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SALVADOR CASTRO, JR., ET AL.

        Defendant.

**SEALED**

CR NO: 1:19 MJ 00128 BAM

**UNDER SEAL**



FILED

JUN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

      ☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  Manuel Alejandro GARCIA

Detained at       Fresno County Jail

               1225 "M" St, Fresno, CA 93712

Detainee is:     a.)  ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint

                 charging detainee with:  Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

    or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings

    or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence

                is currently being served at the detaining facility

***Appearance is necessary on June 18, 2019 at 2:00 p.m. in the Eastern District of California.***

Signature:

Printed Name & Phone No:  Justin J. Gilio

Attorney of Record for:     United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on **June 18, 2019*** for an appearance at ***2:00 p.m*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____6/17/19_____          _____

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | "MUGZY" | ☒Male  ☐Female |
| Booking or CDC #: | 7033981 (AD2739) | DOB:   5/29/1986 |
| Facility Address: | 1225 "M" St, Fresno, CA 93712 | Race:   Hispanic |
| Facility Phone: | | FBI#:   43650TB8 |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____     _____

(signature)